[Cite as *Disciplinary Counsel v. Marshall*, ___ Ohio St.3d ___, 2019-Ohio-3113.]

DISCIPLINARY COUNSEL *v.* MARSHALL.

[Cite as *Disciplinary Counsel v. Marshall*, ___ Ohio St.3d ___,

2019-Ohio-3113.]

(No. 2013-0924—Submitted June 27, 2019—Decided August 2, 2019.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Joy Lenore Marshall, Attorney Registration No. 0073585, last known business address in Columbus, Ohio.

{¶ 2} The court coming now to consider its order of November 6, 2014, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice for a period of two years, with one year stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio on the condition that she continue to make restitution payments in accordance with the promissory note executed on July 30, 2019.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Marshall*, 142 Ohio St.3d 1, 2014-Ohio-4815, 27 N.E.3d 481.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____